958

No. 91–484.   MICHIGAN ATTORNEY GRIEVANCE COMMISSION v.
DOE #1.   C. A. 6th Cir.   Certiorari denied.

No. 91–490.   GREENING v. MILLER, CHIEF JUSTICE, SUPREME
COURT OF ILLINOIS, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 91–492.   PLYMALE v. FREEMAN ET AL.   C. A. 6th Cir.
Certiorari denied.

No. 91–496.   MAGYAR ET UX. v. OLAN ET AL.   Ct. App. Cal.,
2d App. Dist.   Certiorari denied.

No. 91–530.   PLEDGER, COMMISSIONER OF REVENUES OF AR-
KANSAS v. ILLINOIS TOOL WORKS, INC.   Sup. Ct. Ark.   Certiorari
denied.

No. 91–580.   KOLSTAD v. INTERNAL REVENUE SERVICE.   C. A.
5th Cir.   Certiorari denied.

No. 91–598.   WICKER v. UNITED STATES.   C. A. 5th Cir.   Cer-
tiorari denied.

No. 91–602.   RENFROE v. UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 91–622.   FOX v. UNITED STATES.   C. A. 3d Cir.   Certiorari
denied.

No. 91–629.   GARCIA v. UNITED STATES.   C. A. 5th Cir.   Cer-
tiorari denied.

No. 91–5015.   DOMINGUEZ-MESTAS v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 91–5082.   HAYES v. CALIFORNIA.   Sup. Ct. Cal.   Certio-
rari denied.

No. 91–5098.   SUAREZ v. UNITED STATES.   C. A. 11th Cir.   Cer-
tiorari denied.

No. 91–5205.   MONTILLA-DAVILA, AKA KHADAFI v. UNITED
STATES.   C. A. 3d Cir.   Certiorari denied.

No. 91–5226.   CONNER v. UNITED STATES.   C. A. 4th Cir.   Cer-
tiorari denied.